Appeals of the State of New Jersey. Argued and submitted November 4, 1903. Decided November 9, 1903. *Per Curiam.* Dismissed for the want of jurisdiction. *Oxley Stave Company* v. *Butler County,* 166 U. S. 648; *Chapin* v. *Fye,* 179 U. S. 127; *Capital City Dairy Company* v. *Ohio,* 183 U. S. 238, 248; *Mutual Life Insurance Company* v. *McGrew,* 188 U. S. 291; *McKane* v. *Durston,* 153 U. S. 684. *Mr. James G. Blauvelt* for plaintiffs in error. *Mr. John W. Harding* for defendants in error.

No. 72. MOLLIE S. BATTLE, PLAINTIFF IN ERROR, *v.* ROBERT G. ATKINSON. In error to the Circuit Court of the United States for the Eastern District of Arkansas. Argued for plaintiff in error November 11, 1903. Decided November 16, 1903. *Per Curiam.* Decree affirmed with costs. *Willis* v. *Eastern Trust and Banking Company,* 167 U. S. 76; *Harris* v. *Barber,* 129 U. S. 366; *McClung* v. *Penny,* 189 U. S. 143. *Mr. John M. Taylor* for plaintiff in error. No appearance for defendant in error.

No. —. Original. *Ex parte.* IN THE MATTER OF THE JOHNSTOWN MINING COMPANY, PETITIONER. December 7, 1903. Motion for leave to file petition for a writ of certiorari denied. *Mr. Robert B. Smith, Mr. Frederick W. Whitridge, Mr. Willard Parker Butler, Mr. Edwin T. Rice* and *Mr. Sanford Robinson* for petitioner in support of motion. *Mr. James M. Beck* and *Mr. John A. Garver* opposing.

No. 14. CZARNIKOW, MACDOUGALL & Co. (LIMITED), PLAINTIFF IN ERROR, *v.* GEORGE R. BIDWELL, COLLECTOR, ETC. In error to the Circuit Court of the United States for the Southern District of New York. Submitted December 4, 1903. Decided December 14, 1903. *Per Curiam.* Judgment affirmed with costs, on the authority of *Downes* v. *Bidwell,* 182 U. S. 244, 287. (The Chief Justice, Mr. Justice Harlan, Mr. Justice

Brewer and Mr. Justice Peckham dissent.)    *Mr. Frederic R. Coudert, Jr.*, *Mr. Paul Fuller* and *Mr. Henry M. Ward* for plaintiff in error.    *The Attorney General* and *Mr. Solicitor General Hoyt* for defendant in error.

---

No. 331.    WARNER, BARNES & CO. (LIMITED), PLAINTIFF IN ERROR, *v.* NEVADA N. STRANAHAN.    In error to the Circuit Court of the United States for the Southern District of New York.    Argued December 4, 1903.    Decided December 14, 1903.    *Per Curiam.*    Judgment affirmed with costs, on the authority of *Downes* v. *Bidwell*, 182 U. S. 244, 287.    (The Chief Justice, Mr. Justice Harlan, Mr. Justice Brewer and Mr. Justice Peckham dissent.)    *Mr. Frederic R. Coudert, Jr.*, *Mr. Paul Fuller* and *Mr. Henry M. Ward* for plaintiff in error. *The Attorney General* and *Mr. Solicitor General Hoyt* for defendant in error.

---

No. 97.    THE TOWN OF WESTON, APPELLANT, *v.* SALLIE E. TIERNEY.    Appeal from the Circuit Court of the United States for the Northern District of West Virginia.    Argued for appellant December 16, 1903.    Decided December 21, 1903. *Per Curiam.*    Decree reversed with costs, and cause remanded with directions to dismiss the bill for want of jurisdiction. *Town of Weston* v. *Tierney*, 184 U. S. 695; *Holt* v. *Indiana Manufacturing Company*, 176 U. S. 68, 73, and cases cited. *Mr. E. A. Brannon* for appellant.    No counsel appeared for appellee.

---

No. 257.    S. A. WELTMER ET AL., PLAINTIFFS IN ERROR, *v.* C. M. BISHOP.    In error to the Supreme Court of the State of Missouri.    Motions to dismiss or affirm submitted December 14, 1903.    Decided December 21, 1903.    *Per Curiam.* Dismissed for the want of jurisdiction on the authority of